■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BONIFACIO PEREZ-RAMIREZ, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 19, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.

■ JERRY A. WIELBON, Respondent, v CHARLES R. PETRUS et al., Appellants. (And a Third-Party Action.) [877 NYS2d 720]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered October 31, 2007 in a personal injury action. The order denied the motion of defendants for leave to amend the answer.

Now, upon the stipulation to vacate the order appealed from signed by the attorneys for the parties on January 10, 20 and 27, 2009 and the order of Supreme Court, Erie County (Joseph R. Glownia, J.), entered February 25, 2009 vacating said order,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation and order. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.